## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR157 |
| v. | ) | |
| FILEMON VENTURA-SALMERON and ARTURO HERNANDEZ, | ) | ORDER |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 25 be stricken from the record for the following reason:

- Incorrect judge information.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 25 from the record. The document has been re-filed.

DATED this 24th day of May, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge