IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FILEMON VENTURA-SALMERON,<br><br>                    Defendant. | **8:05CR157**<br><br><br>**ORDER** |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 62) pursuant to Federal Rule of Criminal Procedure 48(a).  The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Filemon Ventura-Salmeron.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1.      The government's Motion for Dismissal (Filing No. 62) is granted.

2.      The Indictment (Filing No. 1) is dismissed without prejudice as to defendant Filemon Ventura-Salmeron only.

Dated this 17th day of June 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge